UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:12CR007 CEJ NAB |
| | ) | |
| LERONALD LOPER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AND SPEEDY TRIAL FINDING

This matter is before the Court on Defendant's Motion for an Extension of Time to File Pretrial Motions [Doc. #23] filed on January 30, 2012.  In support of the Motion Defendant stated that the Government and Counsel are engaged in discussions regarding a possible disposition of the case and request the additional time to continue the discussion.

Defendant requested that the pretrial motion deadline previously set for January 30, 2012 be continued for two weeks and the evidentiary hearing be continued.

**Speedy Trial Finding:** For the reasons set out in Defendant's motion, the Court finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary for effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, and that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial, and therefore, the time granted to Defendant to investigate and properly prepare pretrial motions, or a waiver thereof, is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. §§ 3161(c)(1) and 3161(h)(7).

**IT IS HEREBY ORDERED** that Defendant's Motion for an Extension of Time to File Pretrial Motions [Doc. #23] is **GRANTED.** Defendant shall have to and including **February 13, 2012** to file any pretrial motions or waiver of motions. The government shall have until **February 21, 2012** to respond.

**IT IS FURTHER ORDERED** that the evidentiary hearing set for **February 13, 2012** shall be continued until **February 27, 2012 at 9:00 a.m**.

      /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 31st day of January, 2012.